IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RAZIEL OLAM BRIAH,

        Plaintiff,

    v.

REBECCA DOE and
ROBERT DOE,

        Defendants.

No.  3:15-cv-00403-AC

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Acosta issued a Findings and Recommendation [32] on December 22, 2015, in which he recommends that this Court grant Defendants' motion to dismiss [9] and deny Defendants' motion for a more definite statement [9] as moot. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 – ORDER

Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [32]. Therefore, for the reasons stated in the record, the Court grants Defendants' motion to dismiss [9] without prejudice and denies Defendants' motion for a more definite statement [9] as moot. If Plaintiff chooses to file an amended complaint, he must do so within 10 days of the date below. In addition, the Court orders Plaintiff to remedy any defects in service of process if he files an amended complaint and to file proof of service with the Court within 30 days of filing an amended complaint.

IT IS SO ORDERED.

DATED this \_\_\_31\_\_\_ day of \_\_\_January\_\_\_, 2016.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER